■ SABRINA RAYOW, Appellant, v ROSARIO CURCIO et al., Respondents. [775 NYS2d 587]—Appeal by the plaintiff from an order of the Supreme Court, Dutchess County (Dolan, J.), dated October 1, 2002.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Dolan at the Supreme Court. Santucci, J.P., Krausman, Schmidt and Rivera, JJ., concur.